IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARA FOSTER, as the personal representative of the Estate of Terry L. Foster, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | 8:17CV410<br><br>ORDER |

IT IS ORDERED that the motion to permit Jason Pepeto withdraw as counsel for Defendant BNSF Railway Company, (Filing No. 29), is granted.

October 5, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge